DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY BRYANT,**
Appellant,

v.

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**
Appellee.

No. 4D17-1220

[May 24, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE-15-001547 (12).

Virginia M. Best and Johanna M. Menendez of Lopez & Best, Miami, for appellant.

Scot E. Samis and Jonathan S. Tannen of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***